IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COURTNEY THANANE and JONI HOWE**,<br><br>                         Plaintiffs,<br><br>    v.<br><br>**PROVIDENCE HEALTH & SERVICES – OREGON, d.b.a., PROVIDENCE ST. VINCENT MEDICAL CENTER**,<br><br>                         Defendant. | Case No. 3:13-cv-01620-MO<br><br>**ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

       The Parties' Joint Motion for Preliminary Approval of Settlement (the "Motion") came on for hearing before the Honorable Michael W. Mosman on December 19, 2014. The Court having considered the papers submitted in support of the Motion and having heard oral argument of the Parties,

       HEREBY ORDERS THE FOLLOWING:

       1.     The Court grants preliminary approval of the Class Settlement upon the terms set forth in Settlement Agreement which is attached as Exhibit 1 to Motion. The Class Settlement appears to be fair, adequate, and reasonable to the Class;

       2.     The Class Settlement falls within the range of reasonableness and appears to be presumptively valid, subject to any objections that may be raised at the Final Approval Hearing;

       3.     The Court approves, as to form and content, the Notice of A Pending Class Action (the "Class Notice"), attached as Exhibit 2 to the Settlement Agreement, and the Consent to Join form attached as Exhibit 3 to the Settlement Agreement;

       4.     The Court directs the mailing of the Class Notice and the Consent to Join form by first class mail to the Class Members in accordance with the terms of the Settlement Agreement

and the schedule set forth in the Settlement Agreement. The Court finds that the procedures and dates selected for the mailing, distribution, and return of the Class Notice, the Opt-In Form, the Opt-Out Requests, and for the filing of any objections to the Settlement Agreement, as set forth in the Settlement Agreement, satisfy the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto;

     5.     It is ordered that the Class is preliminary certified, for settlement purposes only, as a class action under Federal Rule of Civil Procedure 23 and as a collective action under Section 216(b) of the Fair Labor Standards Act;

     6.     The Court confirms Thomas K. Doyle and Bennett, Hartman, Morris & Kaplan, LLP as Class Counsel, and preliminary approves an award of attorney fees to Class Counsel in accordance with Section E(8) of the Settlement Agreement, subject to final approval by the Court after Class Members have had time to file Opt-Out Requests or objections to the Settlement Agreement;

     7.     The Court confirms Courtney Thanane and Joni Howe as the Class Representatives and grants preliminary approval to the proposed Enhancement Award to them in an amount of $7,500.00, subject to final approval by the Court after Class Members have had time to file Opt-Out Requests or objections to the Settlement Agreement;

     8.     The Court hereby approves Tilghman & Co., P.C., as the settlement Administrator; and

     9.     The Court sets __Friday, May 1__, 2015, at __11:00am__. for the Final Approval Hearing.

     DATED this 19th day of December, 2014.

                                     /s/Michael W. Mosman

                                     Hon. Michael W. Mosman
                                     United States District Court Judge